UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JAY WINEGARD, on behalf of himself and all others similarly situated,

                     Plaintiff,        Case No.: 1:21-cv-04611-WFK-TAM

   v.

                                               NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)

OUTDOOR SPORTSMAN GROUP, INC.,

                     Defendant.
_____X

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jay Winegard, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, OUTDOOR SPORTSMAN GROUP, INC., without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Manhasset, New York
       November 29, 2021

                                              /s/ Mitchell Segal
                                            _____
                                            Mitchell Segal, Esq.
                                            Law Offices of Mitchell Segal P.C.
                                            Attorney for Plaintiff
                                            1129 Northern Boulevard, Suite 404
                                            Manhasset, NY 11030
                                            (516) 415-0100

                                            **SO ORDERED.**

                                                      s/ WFK

Dated: November 29, 2021                   _____
       Brooklyn, New York               HON. WILLIAM F. KUNTZ, II
                                     UNITED STATES DISTRICT JUDGE